**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-6227**

_____

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

LARRY EDWARD CARTER, JR.,

                                    Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, District Judge. (2:06-cv-01114-DCN; 2:03-cr-00320)

_____

Submitted:  October 1, 2007         Decided:  October 23, 2007

_____

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Larry Edward Carter, Jr., Appellant Pro Se.  John Charles Duane, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Edward Carter, Jr., seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2255 (2000) motion and denying reconsideration of that order. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Carter has not made the requisite showing. Accordingly, while we grant Carter's motion to supplement his motion for a certificate of appealability, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED